## State of Louisiana
## Secretary of State

11/23/2011

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

DALIAN INTERNATIONAL MARITIME SERVICES CO LTD
RM 1601, FOREIGN ECONOMIC RELATIONS & TRADE MANSION
219 HUANGHE RD.
DALIAN, XIGANG WD 116011 CHN

Suit No.: 59225
25TH JUDICIAL DISTRICT COURT
PLAQUEMINES PARISH

CHANGXING YU
vs
DALIAN INTERNATIONAL MARITIME SERVICES CO LTD ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on: TOM SCHEDLER
Served by: E CUMMINS

SUIT

Date: 11/22/2011
Title: DEPUTY SHERIFF

No: 858688

SR

*Mileage* $_____

*Total* $_____

*Deputy Sheriff*


EXHIBIT
A

CITATION                                                    FOR SERVICE

**CHANGXING YU**

Versus

**DALIAN INTERNATIONAL MARITIME SERVICES CO LTD ET AL**



Case: **00059225**
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To:  DALIAN INTERNATIONAL MARITIME SERVICES CO LTD
RM 1601, FOREIGN ECONOMIC RELATIONS & TRADE MANSION
219 HUANGHE RD.
DALIAN, XIGANG WD
116011 CHINA

THROUGH THE LOUISIANA SECRETARY OF STATE
BATON ROUGE, LA 70809
Pursuant to La. 13:3479

SERVED ON
TOM SCHEDLER

NOV 2 2 2011

SECRETARY OF STATE
COMMERCIAL DIVISION

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition & Order of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Friday, November 18, 2011.

Req. By:
MICHAEL T. BECKERS
RICHARD J. DODSON
225.756.0222
ATTYS FOR PLTF

_BETTINA K PHILLIPS_
Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

---

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of
_____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20 ____.

Service    $_____
                                        By: _____
Mileage    $_____                      Deputy Sheriff

Total      $_____

**FOR SERVICE**

CHANGXING YU

SUIT NO.: 59-225 DIV: A

VS.

DALIAN INTERNATIONAL MARITIME
SERVICES, CO. LTD., FUJIAN GUANHAI
SHIPPING CO. LTD., TIANJIN COSBULK
SHIP MANAGEMENT CO. LTD.,
SHOUSHAN SHIPPING LTD.

25th JUDICIAL DISTRICT COURT

PARISH OF PLAQUEMINES

STATE OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FILED \*\*\*\*\*\*\*\*\*\*

PETITON FOR DAMAGES          NOV 15 2011

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* BETTINA K. PHILLIPS
                                                    Dy. CLERK

NOW INTO COURT, through undersigned counsel, comes Petitioner, CHANGXING

YU, an individual of the full age of majority and a citizen of the People's Republic of China,

respectfully represents that:

1.

Made defendants herein are:

a.      **DALIAN INTERNATIONAL MARITIME SERVICES COMPANY, LTD.**

(hereinafter sometimes referred to as "**DIMSCO**"), a foreign corporation, not licensed to do, but

doing business in the State of Louisiana;

b.      **FUJIAN GUANHAI SHIPPING COMPANY, LTD.** (hereinafter sometimes

referred to as "**FGSCO**"), a foreign corporation not licensed to do, but doing business in the

State of Louisiana;

c.      **TIANJIN COSBULK SHIP MANAGEMENT COMPANY, LTD.** (hereafter

sometimes referred to as "**TCSMCO**"), a foreign corporation not licensed to do, but doing

business in the State of Louisiana;

d.      **SHOUSHAN SHIPPING COMPANY, LTD.** (hereinafter sometimes referred to

as "**SHOUSHAN**"), a foreign corporation not licensed to do, but doing business in the State of

Louisiana;

2.

The defendants' chattel, namely the M/V SHOU SHAN is or will be within the territorial

jurisdiction of this Honorable Court during the pendency of this action.

Defendant SHOUSHAN is the owner and/or owner *pro hac vice* of the M/V SHOU SHAN.

4.

Defendant TCSMCO is the manager of the M/V SHOU SHAN.

5.

Defendant FGSCO is the operator and/or owner *pro hac vice* of the M/V SHOU SHAN.

6.

Defendant DIMSCO was the employer of Plaintiff, CHANGXING YU, at the time of the accident.

7.

On or about April 1, 2011, while working aboard the M/V SHOU SHAN on the Mississippi River in the territorial waters of Louisiana, a large mooring line broke loose striking Mr. Yu in the wrist area.

8.

At all times material hereto there was in effect an Act of Congress known as the Jones Act, 46. U.S.C. §30104 , which Act is applicable hereto in that the defendants are guilty of acts of negligence, as were other employees of the defendants and members of the crew of the M/V SHOU SHAN.

9.

Additionally, pursuant to the General Maritime Law of the United States of America, and the vessel's flag, the People's Republic of China, the defendants had the absolute duty to provide the plaintiff with a safe and seaworthy vessel, but this duty was breached and violated by the defendants in the particulars herein described since the M/V SHOU SHAN and its appurtenances were unseaworthy and such unseaworthiness was a direct and proximate cause of the accident which caused the severe injuries to plaintiff, CHANGXING YU.

10.

The accident which caused CHANGXING YU'S injuries was both directly and proximately caused by the direct and vicarious acts of negligence of the defendants, including, but not limited to the employees/agents of said defendants, and the unseaworthiness of the M/V SHOU SHAN, including, but not limited to:

b) failing to provide plaintiff, CHANGXING YU, with appropriate safety equipment sufficient to avoid the dangers which led to his injuries;

c) failing to properly supervise plaintiff, CHANGXING YU'S activities and maintain appropriate safety standards;

d) failing to generally exercise that degree of care commensurate with the conditions existing at the time;

e) failing to properly man the vessel and provide proper training to the plaintiff to safely undertake the task at hand;

f) failing to properly supervise plaintiff CHANGXING YU'S activities;

g) failing to assign the requisite number of men to the task assigned;

h) failing to provide plaintiff, CHANGXING YU with a seaworthy vessel; and

i) any other acts of the defendant's negligence of unseaworthiness that may be proven at trial of this matter.

11.

Plaintiff, CHANGXING YU, is entitled to maintain this action under the Jones Act, 46 U.S.C.§ 30104 and the general maritime law doctrine of unseaworthiness in this Court pursuant to the Savings to Suitor's Clause, 28 U.S.C. §1333. Alternatively, plaintiff, CHANGXING YU shows that foreign law recognizes both a cause of action and a recovery to the same extent or greater than those of the United States of America, and plaintiff is alternatively entitled to maintain this action and recover the damages claimed herein pursuant to the laws of those countries.

12.

Based upon the allegations contained herein, plaintiff, CHANGXING YU is entitled to be paid punitive damages from the DEFENDANTS.

13.

As a result of the severe injuries, direct and vicarious acts, and proximately caused by the various acts of the DEFENDANTS, plaintiff CHANGXING YU has or will suffer the following non-exclusive particular list of damages:

a) past and future pain and suffering;

b) past and future mental anguish;

c) permanent disfigurement;

d) past and future medical, custodial and rehabilitation expenses;

e) past and future loss of income and other such employee benefits;

f) past and future loss of society, consortium and enjoyment of life;

g) loss of found;

h) maintenance and cure; and

i) punitive damages.

Plaintiff is informed and believes, and, therefore, alleges that certain property of DEFENDANTS will be, during the pendency of these proceedings, within the navigable waters of the Parish of Plaquemines, State of Louisiana, and plaintiff desires that a Writ of Attachment be issued in this action, seizing the aforementioned property of the defendant, the M/V SHOU SHAN, to secure satisfaction of the judgment to be obtained in favor of the plaintiff herein, pursuant to Article 3541, et seq., of the Code of Civil Procedure.

15.

Defendants, are non-resident entities with no duly appointed agents for service of process within the State of Louisiana within the meaning of Article 3541(5) of the Code of Civil Procedure and this Court should appoint an attorney at law to represent defendants in this proceeding, pursuant to Article 5091(1) of the Code of Civil Procedure, on whom process may be served, and against whom this proceeding may be conducted contradictorily.

16.

Plaintiff, CHANGXING YU, shows that he has not signed any written agreement containing any arbitration clause, and is entitled to maintain this action in this state court of appropriate venue and jurisdiction.

17.

Plaintiff, CHANGXING YU, requests a trial by jury.

**WHEREFORE**, plaintiff, CHANGXING YU, prays that:

1) The Court appoint an attorney at law to represent the absentee defendants in this proceeding;

2) A Writ of Attachment issue herein on plaintiff, CHANGXING YU, furnishing security as required by law, commanding the Sheriff of this Parish to seize and attach, according to law, the property of the defendant within the jurisdiction of this Court sufficient to satisfy plaintiff's claims, more particularly, the M/V SHOU SHAN, currently situated in the waters of the Parish of Plaquemines, and to hold this property subject to further orders of this Court;

3) A citation and service of process be issued against the defendants and after due proceedings had, there be judgment rendered herein in favor of the plaintiff and against the defendants in a sum for such compensatory, contractual, punitive damages, and attorneys' fees as are reasonable in the premises, with legal interest on all such damages from the date of the

loss herein, or, altern:  :ly, from the date of judicial demand, u.  . paid, and for all costs of

these proceedings;

4)     The Writ of Attachment be maintained and the property of the defendants be sold

and plaintiff's claim paid with preference and priority out of such proceeds; and

5)     Please serve the Master of the M/V SHOU SHAN as agent/employee of the

defendants while the M/V SHOU SHAN is located and doing business within this Honorable

Court's jurisdiction.

Dated this $\underline{15^{th}}$ day of November, 2011.

Respectfully Submitted:

BY: _____

Richard J. Dodson (La. Bar #4982)
Michael T. Beckers (La. Bar #30197)
**DODSON, HOOKS & FREDERICK, APLC**
112 Founders Drive
Baton Rouge, Louisiana 70810
Telephone: 225-756-0222
Facsimile: 225-756-0025

Donglai Yang (La. Bar Roll #27147)
**ATTORNEY AT LAW**
829 Baronne St.
New Orleans, LA 70113
Telephone: 504-581-9322
Facsimile: 504-617-6450

-and-

Phillip F. Cossich, Jr.
Cossich, Sumich, Parsiola & Taylor, L.L.c.
8397 Hwy. 23, Suite 100
P.O. Box 400
Belle Chasse, LA 70037-0400
Telephone: 504-394-9000
Facsimile: 504-394-9110

## SERVICE INFORMATION:

**DALIAN INTERNATIONAL MARITIME SERVICES CO., LTD.**, defendant
RM 1601, Foreign Economic Relations & Trade Mansion
219 Huanghe Rd.
Dalian, Xigang Wd
116011 China
Through the Louisiana Secretary of State
Pursuant to La.13:3479
-AND-

Through the Master an    ıptain aboard the
M/V SHOU SHAN
        -AND-
Through the Hague Convention
For proper service on Foreign Corporations

## (SERVICE INSTRUCTIONS CONTUINUED ON NEXT PAGE)

## (SERVICE INSTRUCTIONS, CONTUINUED)

### FUJIAN GUANHAI SHIPPING COMPANY, LTD.
Yongheng Building, 58, Jiangbin Lu
Gulou, Qu, Fuzhou, Fujian, China
Through the Louisiana Secretary of State
Pursuant to La.13:3479
        -AND-
Through the Master and Captain aboard the
M/V SHOU SHAN
        -AND-
Through the Hague Convention
For proper service on Foreign Corporations

### TIANJIN COSBULK SHIP MANAGEMENT COMPANY, LTD.
Room 3-B-105, 102, Haibin Silu,
TEDA,
Binhai Xinqu,
Tianjin, China
Through the Louisiana Secretary of State
Pursuant to La.13:3479
        -AND-
Through the Master and Captain aboard the
M/V SHOU SHAN
        -AND-
Through the Hague Convention
For proper service on Foreign Corporations

### SHOU SHAN SHIPPING, LTD.
Care of Tianjin Cosbulk Ship Managemetn Co Ltd, Room 3-B-105, 102, Haibin
Silu, TEDA, Binhai Xinqu, Tianjin, China
Through the Louisiana Secretary of State
Pursuant to La.13:3479
        -AND-
Through the Master and Captain aboard the
M/V SHOU SHAN
        -AND-
Through the Hague Convention
For proper service on Foreign Corporations

**CHANGXING YU**

VS.

**DALIAN INTERNATIONAL MARITIME
SERVICES, CO. LTD., FUJIAN GUANHAI
SHIPPING CO. LTD., TIANJIN COSBULK
SHIP MANAGEMENT CO. LTD.,
SHOUSHAN SHIPPING LTD.**

SUIT NO.: 59-225 DIV: A

25th JUDICIAL DISTRICT COURT

PARISH OF PLAQUEMINES

STATE OF LOUISIANA

FILED

NOV 1 8 2011

**ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Considering the allegations of the Verified Petition in this case:

**IT IS ORDERED:**

1) That _James Gasguet III_, Esq. Attorney at Law, is hereby appointed to represent the absentee defendants, DALIAN INTERNATIONAL MARITIME SERVICES CO. LTD., FUJIAN GUANHAI SHIPPING CO. LTD., TIANJIN COSBULK SHIP MANAGEMENT CO. LTD., SHOUSHAN SHIPPING LTD., in this case, upon whom citation to the defendants shall be served;

2) That a Writ of Attachment issue herein, as prayed for and according to law, upon plaintiff, CHANGXING YU first furnishing security in the sum of \$250.00 pursuant to Article 3544 of the Code of Civil Procedure;

3) That the M/V SHOU SHAN shall be allowed to load, unload, and conduct its normal shipboard operations within the jurisdiction of this Court, and said M/V SHOU SHAN shall not be allowed to leave the jurisdiction of this Court until a release bond is posted in accordance with law.

Belle Chasse, Louisiana, this 18th day of November, 2011.

JUDGE, 25th JUDICIAL DISTRICT COURT

A TRUE COPY

CHANGXING YU

SUIT NO.: 59-225 DIV: A

VS.

25th JUDICIAL DISTRICT COURT

DALIAN INTERNATIONAL MARITIME
SERVICES, CO. LTD., FUJIAN GUANHAI       PARISH OF PLAQUEMINES
SHIPPING CO. LTD., TIANJIN COSBULK
SHIP MANAGEMENT CO. LTD.,                STATE OF LOUISIANA
SHOUSHAN SHIPPING LTD.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FILED \*\*\*\*\*\*

NOV 18 2011

WRIT OF ATTACHMENT

BY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:    SHERIFF OF PARISH OF PLAQUEMINES
       STATE OF LOUISIANA

WHEREFORE, due process having been made before the Civil District Court in and for
this Parish by plaintiff in the above numbered and entitled proceeding, that the defendants are
justly and truly indebted to petition and that the defendant is a non-resident corporation with no
duly appointed agent for service of process in this State;

NOW, THEREFORE, YOU ARE COMMANDED in the name of the State of
Louisiana and the 25th Judicial District Court in and for this Parish, to seize and attach according
to the law, the M/V SHOU SHAN to satisfy said writ and that you give notice thereof to the
attorney at law appointed by the Court to represent the non-resident defendant herein, and to
make valid return of the writ and endorse thereon the manner in which you have executed it. The
M/V SHOU SHAN shall be allowed to load, unload, and conduct its normal shipboard
operations within the jurisdiction of this Court, and said M/V SHOU SHAN shall not be allowed
to leave the jurisdiction of this Court until a release bond is posted in accordance with law.

By Order of the said 25th Judicial District Court for the Parish of Plaquemines.

/s/ BETTINA K. PHILLIPS
By. Clerk of Court, Plaquemines Parish
NOV 18 2011

## State of Louisiana
## Secretary of State

11/23/2011

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

FUJIAN GUANHAI SHIPPING COMPANY, LTD
YONGHENG BUILDING, 58, JIANGBIN LU GULOU
QU, FUZHOU, FUJIAN CHN

Suit No.: 59225
25TH JUDICIAL DISTRICT COURT
PLAQUEMINES PARISH

CHANGXING YU
vs
DALIAN INTERNATIONAL MARITIME SERVICES CO LTD ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.  Please call the attorney that filed this
document if you have any questions regarding this proceeding.  If you received this document in error, please
return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on:  TOM SCHEDLER
Served by:  E CUMMINS

SUIT

Date: 11/22/2011
Title:  DEPUTY SHERIFF

No: 858687

SR

## CITATION

**FOR SERVICE**

*CHANGXING YU*

*Versus*

**DALIAN INTERNATIONAL MARITIME
SERVICES CO LTD ET AL**



Case: **00059225**
Division: A
25ᵗʰ Judicial District Court
Parish of Plaquemines
State of Louisiana

To: *FUJIAN GUANHAI SHIPPING COMPANY, LTD.
YONGHENG BUILDING, 58, JIANGBIN LU
GULOU, QU, FUZHOU, FUJIAN, CHINA*

*THROUGH THE LOUISIANA SECRETARY OF STATE
Pursuant to La.13:3479*

SERVED ON
TOM SCHEDLER

NOV 22 2011

SECRETARY OF STATE
COMMERCIAL DIVISION

*YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition & Order of which a
true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing
a pleading, or otherwise, in the 25ᵗʰ Judicial District Court in and for the Parish of Plaquemines, State of
Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.*

*WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Friday,
November 18, 2011.*

Req. By:
MICHAEL T. BECKERS
RICHARD J. DODSON
225.756.0222
ATTYS FOR PLTF

*BETTINA K PHILLIPS*
*Deputy Clerk of Court for*
*Dorothy M. Lundin, Clerk of Court*
*P.O. Box 40*
*Belle Chasse, LA 70037*

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of
_____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the
hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from his/her residence at the time of
said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service    $_____

Mileage    $_____            By: _____
                                          *Deputy Sheriff*

Total      $_____

**CITATION**

FOR SERVICE

*CHANGXING YU*

*Versus*

**DALIAN INTERNATIONAL MARITIME
SERVICES CO LTD ET AL**



*Case: 00059225*
*Division: A*
*25th Judicial District Court*
*Parish of Plaquemines*
*State of Louisiana*

To: FUJIAN GUANHAI SHIPPING COMPANY, LTD.
YONGHENG BUILDING, 58, JIANGBIN LU
GULOU, QU, FUZHOU, FUJIAN, CHINA

*THROUGH THE LOUISIANA SECRETARY OF STATE*
*Pursuant to La.13:3479*

SERVED ON
TOM SCHEDLER

NOV 2 2 2011

SECRETARY OF STATE
COMMERCIAL DIVISION

*YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition and Order of which a*
*true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing*
*a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of*
*Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.*

*WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Friday,*
*November 18, 2011.*

*Req. By:*
MICHAEL T. BECKERS
RICHARD J. DODSON
225.756.0222
ATTYS FOR PLTF

*Bettina K Phillips*
BETTINA K PHILLIPS
*Deputy Clerk of Court for*
*Dorothy M. Lundin, Clerk of Court*
*P.O. Box 40*
*Belle Chasse, LA 70037*

---

**Service Information**

Received on the _____ day of _____, 20_____ and on the _____ day of
_____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the
hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I
learned by interrogating the said person, said party herein being absent from his/her residence at the time of
said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service    $_____

Mileage    $_____     By: _____
                              *Deputy Sheriff*

Total      $_____

[ ORIGINAL ]

CHANGXING YU

VS.

DALIAN INTERNATIONAL MARITIME
SERVICES, CO. LTD., FUJIAN GUANHAI
SHIPPING CO. LTD., TIANJIN COSBULK
SHIP MANAGEMENT CO. LTD.,
SHOUSHAN SHIPPING LTD.

SUIT NO.: 59-225 DIV: A

25th JUDICIAL DISTRICT COURT

PARISH OF PLAQUEMINES

STATE OF LOUISIANA

*****************************************************************

FILED

NOV 1 5 2011

/s/ BETTINA K. PHILLIPS

PETITON FOR DAMAGES

*****************************************************************

NOW INTO COURT, through undersigned counsel, comes Petitioner, CHANGXING

YU, an individual of the full age of majority and a citizen of the People's Republic of China,

respectfully represents that:

1.

Made defendants herein are:

a.    DALIAN INTERNATIONAL MARITIME SERVICES COMPANY, LTD.

(hereinafter sometimes referred to as "DIMSCO"), a foreign corporation, not licensed to do, but

doing business in the State of Louisiana;

b.    FUJIAN GUANHAI SHIPPING COMPANY, LTD. (hereinafter sometimes

referred to as "FGSCO"), a foreign corporation not licensed to do, but doing business in the

State of Louisiana;

c.    TIANJIN COSBULK SHIP MANAGEMENT COMPANY, LTD. (hereafter

sometimes referred to as "TCSMCO"), a foreign corporation not licensed to do, but doing

business in the State of Louisiana;

d.    SHOUSHAN SHIPPING COMPANY, LTD. (hereinafter sometimes referred to

as "SHOUSHAN"), a foreign corporation not licensed to do, but doing business in the State of

Louisiana;

2.

The defendants' chattel, namely the M/V SHOU SHAN is or will be within the territorial

jurisdiction of this Honorable Court during the pendency of this action.

3.

Defendant SHOUSHAN is the owner and/or owner *pro hac vice* of the M/V SHOU

SHAN.

4.

Defendant TCSMCO is the manager of the M/V SHOU SHAN.

5.

Defendant FGSCO is the operator and/or owner *pro hac vice* of the M/V SHOU SHAN.

6.

Defendant DIMSCO was the employer of Plaintiff, CHANGXING YU, at the time of the
accident.

7.

On or about April 1, 2011, while working aboard the M/V SHOU SHAN on the
Mississippi River in the territorial waters of Louisiana, a large mooring line broke loose striking
Mr. Yu in the wrist area.

8.

At all times material hereto there was in effect an Act of Congress known as the Jones
Act, 46. U.S.C. §30104 , which Act is applicable hereto in that the defendants are guilty of acts
of negligence, as were other employees of the defendants and members of the crew of the M/V
SHOU SHAN.

9.

Additionally, pursuant to the General Maritime Law of the United States of America, and
the vessel's flag, the People's Republic of China, the defendants had the absolute duty to provide
the plaintiff with a safe and seaworthy vessel, but this duty was breached and violated by the
defendants in the particulars herein described since the M/V SHOU SHAN and its appurtenances
were unseaworthy and such unseaworthiness was a direct and proximate cause of the accident
which caused the severe injuries to plaintiff, CHANGXING YU.

10.

The accident which caused CHANGXING YU'S injuries was both directly and
proximately caused by the direct and vicarious acts of negligence of the defendants, including,
but not limited to the employees/agents of said defendants, and the unseaworthiness of the M/V
SHOU SHAN, including, but not limited to:

a) failing to provide plaintiff, CHANGXING YU, with a safe place in which to work;
b) failing to provide plaintiff, CHANGXING YU, with appropriate safety equipment
sufficient to avoid the dangers which led to his injuries;
c) failing to properly supervise plaintiff, CHANGXING YU'S activities and maintain
appropriate safety standards;

d) failing to generally exercise that degree of care commensurate with the conditions existing at the time;

e) failing to properly man the vessel and provide proper training to the plaintiff to safely undertake the task at hand;

f) failing to properly supervise plaintiff CHANGXING YU'S activities;

g) failing to assign the requisite number of men to the task assigned;

h) failing to provide plaintiff, CHANGXING YU with a seaworthy vessel; and

i) any other acts of the defendant's negligence of unseaworthiness that may be proven at trial of this matter.

11.

Plaintiff, CHANGXING YU, is entitled to maintain this action under the Jones Act, 46 U.S.C.§ 30104 and the general maritime law doctrine of unseaworthiness in this Court pursuant to the Savings to Suitor's Clause, 28 U.S.C. §1333. Alternatively, plaintiff, CHANGXING YU shows that foreign law recognizes both a cause of action and a recovery to the same extent or greater than those of the United States of America, and plaintiff is alternatively entitled to maintain this action and recover the damages claimed herein pursuant to the laws of those countries.

12.

Based upon the allegations contained herein, plaintiff, CHANGXING YU is entitled to be paid punitive damages from the DEFENDANTS.

13.

As a result of the severe injuries, direct and vicarious acts, and proximately caused by the various acts of the DEFENDANTS, plaintiff CHANGXING YU has or will suffer the following non-exclusive particular list of damages:

a) past and future pain and suffering;

b) past and future mental anguish;

c) permanent disfigurement;

d) past and future medical, custodial and rehabilitation expenses;

e) past and future loss of income and other such employee benefits;

f) past and future loss of society, consortium and enjoyment of life;

g) loss of found;

h) maintenance and cure; and

i) punitive damages.

14.

Plaintiff is informed and believes, and, therefore, alleges that certain property of DEFENDANTS will be, during the pendency of these proceedings, within the navigable waters of the Parish of Plaquemines, State of Louisiana, and plaintiff desires that a Writ of Attachment

be issued in this action, seizing the aforementioned property of the defendant, the M/V SHOU SHAN, to secure satisfaction of the judgment to be obtained in favor of the plaintiff herein, pursuant to Article 3541, et seq., of the Code of Civil Procedure.

15.

Defendants, are non-resident entities with no duly appointed agents for service of process within the State of Louisiana within the meaning of Article 3541(5) of the Code of Civil Procedure and this Court should appoint an attorney at law to represent defendants in this proceeding, pursuant to Article 5091(1) of the Code of Civil Procedure, on whom process may be served, and against whom this proceeding may be conducted contradictorily.

16.

Plaintiff, CHANGXING YU, shows that he has not signed any written agreement containing any arbitration clause, and is entitled to maintain this action in this state court of appropriate venue and jurisdiction.

17.

Plaintiff, CHANGXING YU, requests a trial by jury.

**WHEREFORE**, plaintiff, CHANGXING YU, prays that:

1)      The Court appoint an attorney at law to represent the absentee defendants in this proceeding;

2)      A Writ of Attachment issue herein on plaintiff, CHANGXING YU, furnishing security as required by law, commanding the Sheriff of this Parish to seize and attach, according to law, the property of the defendant within the jurisdiction of this Court sufficient to satisfy plaintiff's claims, more particularly, the M/V SHOU SHAN, currently situated in the waters of the Parish of Plaquemines, and to hold this property subject to further orders of this Court;

3)      A citation and service of process be issued against the defendants and after due proceedings had, there be judgment rendered herein in favor of the plaintiff and against the defendants in a sum for such compensatory, contractual, punitive damages, and attorneys' fees as are reasonable in the premises, with legal interest on all such damages from the date of the loss herein, or, alternatively, from the date of judicial demand, until paid, and for all costs of these proceedings;

4)      The Writ of Attachment be maintained and the property of the defendants be sold and plaintiff's claim paid with preference and priority out of such proceeds; and

5)   Please serve the Master of the M/V SHOU SHAN as agent/employee of the defendants while the M/V SHOU SHAN is located and doing business within this Honorable Court's jurisdiction.

Dated this 15th day of November, 2011.

Respectfully Submitted:

BY: _____

Richard J. Dodson (La. Bar #4982)
Michael T. Beckers (La. Bar #30197)
**DODSON, HOOKS & FREDERICK, APLC**
112 Founders Drive
Baton Rouge, Louisiana 70810
Telephone: 225-756-0222
Facsimile: 225-756-0025

Donglai Yang (La. Bar Roll #27147)
**ATTORNEY AT LAW**
829 Baronne St.
New Orleans, LA 70113
Telephone: 504-581-9322
Facsimile: 504-617-6450

-and-

Phillip F. Cossich, Jr.
Cossich, Sumich, Parsiola & Taylor, L.L.c.
8397 Hwy. 23, Suite 100
P.O. Box 400
Belle Chasse, LA 70037-0400
Telephone: 504-394-9000
Facsimile: 504-394-9110

**SERVICE INFORMATION:**

**DALIAN INTERNATIONAL MARITIME SERVICES CO., LTD.,** defendant
RM 1601, Foreign Economic Relations & Trade Mansion
219 Huanghe Rd.
Dalian, Xigang Wd
116011 China
Through the Louisiana Secretary of State
Pursuant to La.13:3479
         -AND-
Through the Master and Captain aboard the
M/V SHOU SHAN
         -AND-
Through the Hague Convention
For proper service on Foreign Corporations

*(SERVICE INSTRUCTIONS CONTUINUED ON NEXT PAGE)*

*(SERVICE INSTRUCTIONS, CONTUINUED)*

**FUJIAN GUANHAI SHIPPING COMPANY, LTD.**
Yongheng Building, 58, Jiangbin Lu
Gulou, Qu, Fuzhou, Fujian, China
Through the Louisiana Secretary of State
Pursuant to La.13:3479
　　　　-AND-
Through the Master and Captain aboard the
M/V SHOU SHAN
　　　　-AND-
Through the Hague Convention
For proper service on Foreign Corporations

**TIANJIN COSBULK SHIP MANAGEMENT COMPANY, LTD.**
Room 3-B-105, 102, Haibin Silu,
TEDA,
Binhai Xinqu,
Tianjin, China
Through the Louisiana Secretary of State
Pursuant to La.13:3479
　　　　-AND-
Through the Master and Captain aboard the
M/V SHOU SHAN
　　　　-AND-
Through the Hague Convention
For proper service on Foreign Corporations

**SHOU SHAN SHIPPING, LTD.**
Care of Tianjin Cosbulk Ship Managemetn Co Ltd, Room 3-B-105, 102, Haibin
Silu, TEDA, Binhai Xinqu, Tianjin, China
Through the Louisiana Secretary of State
Pursuant to La.13:3479
　　　　-AND-
Through the Master and Captain aboard the
M/V SHOU SHAN
　　　　-AND-
Through the Hague Convention
For proper service on Foreign Corporations

CHANGXING YU

VS.

DALIAN INTERNATIONAL MARITIME
SERVICES, CO. LTD., FUJIAN GUANHAI
SHIPPING CO. LTD., TIANJIN COSBULK
SHIP MANAGEMENT CO. LTD.,
SHOUSHAN SHIPPING LTD.

SUIT NO.: 59-225 DIV.: A

25th JUDICIAL DISTRICT COURT

PARISH OF PLAQUEMINES

STATE OF LOUISIANA

*************************************************************

**VERIFICATION**

FILED

NOV 15 2011

/s/ BETTINA K. PHILLIPS
DY. CLERK

*************************************************************

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

      **BEFORE ME**, personally came and appeared, MICHAEL T. BECKERS, who being

duly sworn, did depose and say that he is the attorney for the plaintiff named in the foregoing

Petition for Damages, that he has read the Petition, and that all of the allegations of fact

contained therein are true and correct to the best of his knowledge, information and belief.

                    MICHAEL T. BECKERS

      **SWORN TO AND SUBSCRIBED** before me, the undersigned Notary Public, on this

15 th day of November, 2011 at Baton Rouge, Louisiana.

                Notary Public
             Print Name: _Kent P. Frederick_
          Notary Number: _25053_
      Commission Expires: _Death_

CHANGXING YU

VS.

DALIAN INTERNATIONAL MARITIME
SERVICES, CO. LTD., FUJIAN GUANHAI
SHIPPING CO. LTD., TIANJIN COSBULK
SHIP MANAGEMENT CO. LTD.,
SHOUSHAN SHIPPING LTD.

SUIT NO.: 59-225 DIV: A

25th JUDICIAL DISTRICT COURT

PARISH OF PLAQUEMINES

STATE OF LOUISIANA

FILED

NOV 18 2011

ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Considering the allegations of the Verified Petition in this case:

IT IS ORDERED:

1) That James Gasquet III, Esq., Attorney at Law, is hereby appointed to represent the absentee defendants,. DALIAN INTERNATIONAL MARITIME SERVICES CO. LTD., FUJIAN GUANHAI SHIPPING CO. LTD., TIANJIN COSBULK SHIP MANAGEMENT CO. LTD., SHOUSHAN SHIPPING LTD., in this case, upon whom citation to the defendants shall be served;

2) That a Writ of Attachment issue herein, as prayed for and according to law, upon plaintiff, CHANGXING YU first furnishing security in the sum of $250.00 pursuant to Article 3544 of the Code of Civil Procedure;

3) That the M/V SHOU SHAN shall be allowed to load, unload, and conduct its normal shipboard operations within the jurisdiction of this Court, and said M/V SHOU SHAN shall not be allowed to leave the jurisdiction of this Court until a release bond is posted in accordance with law.

Belle Chasse, Louisiana, this 18th day of November 2011.

_____
JUDGE, 25th JUDICIAL DISTRICT COURT

A TRUE COPY
_____
Dy. Clerk of Court
Parish of Plaquemines, La.

CHANGXING YU

VS.

DALIAN INTERNATIONAL MARITIME
SERVICES, CO. LTD., FUJIAN GUANHAI
SHIPPING CO. LTD., TIANJIN COSBULK
SHIP MANAGEMENT CO. LTD.,
SHOUSHAN SHIPPING LTD.

SUIT NO.: 59-235 DIV: A

25th JUDICIAL DISTRICT COURT

PARISH OF PLAQUEMINES

STATE OF LOUISIANA

**FILED**

NOV 18 2011

Bettina K. Phillips
BY CLERK

WRIT OF ATTACHMENT

*******************************************************************

TO:   SHERIFF OF PARISH OF PLAQUEMINES
      STATE OF LOUISIANA

   **WHEREFORE,** due process having been made before the Civil District Court in and for this Parish by plaintiff in the above numbered and entitled proceeding, that the defendants are justly and truly indebted to petition and that the defendant is a non-resident corporation with no duly appointed agent for service of process in this State;

   **NOW, THEREFORE, YOU ARE COMMANDED** in the name of the State of Louisiana and the 25th Judicial District Court in and for this Parish, to seize and attach according to the law, the M/V SHOU SHAN to satisfy said writ and that you give notice thereof to the attorney at law appointed by the Court to represent the non-resident defendant herein, and to make valid return of the writ and endorse thereon the manner in which you have executed it. The M/V SHOU SHAN shall be allowed to load, unload, and conduct its normal shipboard operations within the jurisdiction of this Court, and said M/V SHOU SHAN shall not be allowed to leave the jurisdiction of this Court until a release bond is posted in accordance with law.

   By Order of the said 25th Judicial District Court for the Parish of Plaquemines.

/s/ BETTINA K. PHILLIPS

By. Clerk of Court, Plaquemines Parish

NOV 18 2011